**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kaylee Jo Boyer, Douglas Grant Grill, and John Doe,
Defendants,

of whom Douglas Grant Grill is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-001263

———————

Appeal From Horry County
Jan B. Bromell Holmes, Family Court Judge

———————

Unpublished Opinion No. 2026-UP-110
Submitted February 26, 2026 – Filed March 2, 2026

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Lesley Ann O'Neal, of Law Office of Lesley Ann O'Neal,
of Conway, as the Guardian ad Litem for Appellant.

Kelly Ann Sansone-Galley, of the South Carolina Department of Social Services, of Myrtle Beach, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA, of Myrtle Beach, for the Guardian ad Litem for the minor children.

---

**PER CURIAM:**  Douglas Grant Grill appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Grill's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.